NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

COGNEX CORPORATION AND COGNEX
TECHNOLOGY & INVESTMENT CORPORATION,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

MVTEC SOFTWARE GMBH AND MVTEC, LLC,
*Intervenors.*

2011-1098

On appeal from the United States International Trade Commission in Investigation No. 337-TA-680.

## ON MOTION

## ORDER

The United States International Trade Commission and MVTec Software GmbH, et al. (MVTec) move for a 40-day extension of time, until August 3, 2011, to file their briefs. Cognex Corporation, et al. oppose. MVTec reply.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 15 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven M. Bauer, Esq.
Clint A. Gerdine, Esq.
Matthew B. Lowrie, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 15 2011**

**JAN HORBALY**
**CLERK**